# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Everardo Cruz CRESPO,<br><br>　　　　　　　　Defendant. | Case No.: '21 MJ1019<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about March 16, 2021, within the Southern District of California, Everardo Cruz CRESPO did knowingly and intentionally import approximately 3.26 kilograms (7.19 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about March 16, 2021, within the Southern District of California, Everardo Cruz CRESPO, did knowingly and intentionally import approximately .60 kilogram (1.32 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Carmen Jacobsen
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 17th of March 2021.

_____
HON. LINDA LOPEZ
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On March 16, 2021, at approximately 7:45 PM, Everardo Cruz CRESPO, ("CRESPO"), a permanent resident, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. CRESPO was the driver, sole occupant, and registered owner of a 1999 Ducati motorcycle ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the vehicle.

A Customs and Border Protection Officer received a negative Customs declaration from CRESPO. CRESPO stated he was crossing the border to go to National City, California.

Further inspection of the vehicle resulted in the discovery of four (4) total packages concealed in the vehicle. Three (3) of the packages contained a substance, a sample of which field tested positive for the characteristics of cocaine, with a total approximate weight of 3.26 kgs (7.19 lbs); 1 of the packages contained a substance,

a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of .60 kgs (1.32 lbs).

CRESPO was placed under arrest at approximately 9:08 PM.

CRESPO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.