# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21mj1019 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Everardo Cruz Crespo | Booking No. 01357506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 3/26/21 the Court entered the following order:

- [X] Defendant be release from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on $20,000 PS (FRA) Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

LINDA L. LOPEZ

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Erica Fry   x. 2923

3/26/21
Electronically Sent to USMS

**MMR - no GPS**

Crim-9 (Rev. 05/20)
Original

## Read: 21mj1019 Crespo Abstract

CAS Releases
Fri 3/26/2021 4:20 PM
**To:** Erica Fry

1 attachments (64 KB)
Read: 21mj1019 Crespo Abstract;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.